NETTIE HOWELL *v.* CAPITOL CHEMICAL
INDUSTRIES, INC.
(11662)

FOTI, FREEDMAN and SCHALLER, Js.

Argued June 14—decision released July 6, 1993

*John T. Bochanis,* with whom, on the brief, was *Thomas J. Weihing,* for the appellant (plaintiff).

*Jeffrey D. Lynch,* with whom, on the brief, was *Steven A. Ouellette,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.